

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-23-00071-CR

---

EX PARTE ROY CLEMON TUNIS III

---

ORIGINAL PROCEEDING ON APPLICATION FOR WRIT OF HABEAS CORPUS

---

March 2, 2023

## MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and YARBROUGH, JJ.

Roy Clemon Tunis III, proceeding pro se, has filed documents with this Court seeking release from pretrial confinement in his pending criminal case. We construe the documents as an application for writ of habeas corpus. However, intermediate courts of appeals do not have original habeas corpus jurisdiction in criminal law matters. *See* TEX. GOV'T CODE ANN. § 22.221(d) (limiting original habeas jurisdiction of intermediate appellate courts to civil cases); *Ex parte Hawkins*, 885 S.W.2d 586, 588-89 (Tex. App.—El Paso 1994, orig. proceeding) (per curiam). That jurisdiction instead rests with the Court of Criminal Appeals, the district courts, and the county courts. *See* TEX. CODE CRIM. PROC. ANN. art. 11.05, 11.08, 11.09; *Ex parte Hawkins*, 885 S.W.2d at 588.

Accordingly, we dismiss Tunis's application for writ of habeas corpus for want of jurisdiction.

Per Curiam

Do not publish.